## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**GERALD PETERS,**

        **Plaintiff,**

      **v.**                            **1:21-cv-00564-WJ-JMR**

**JOSEPH FRONTIERE, NICHOLAS FRONTIERE, MICHAEL GHISELLI, JOSEPH CELLURA, and TARSIN MOBILE, INC.,**

        **Defendants,**

**and**

**JOSEPH FRONTIERE,**

        **Cross Claimant,**

      **v.**

**JOSEPH CELLURA, MICHAEL GHISELLI, and TARSIN MOBILE, INC.**

        **Cross Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel and pro se defendants, that pursuant to Fed. R. Civ. P. 41 this action is hereby dismissed with prejudice with each party bearing its own costs and expenses.

Dated: May 29, 2024

                                     /s/
                                   WILLIAM P. JOHNSON
                                   CHIEF UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:


BARDACKE ALLISON MILLER LLP          HINKLE SHANOR LLP


By: /s/ Billy Trabaudo                          By: /s/ Kurt Gilbert (*via email 5/23/2024*)
Benjamin Allison                                    Kurt B. Gilbert
Billy Trabaudo                                       P.O. Box 2068
141 E. Palace Avenue, 2d Floor             Santa Fe, NM 87504-2068
Santa Fe, NM 87501                              *Attorneys for Joseph Frontiere and*
*Attorneys for Plaintiff*                          *Nicholas Frontiere*



/s/Michael Ghiselli (*via email5/23/2024*)
MICHAEL GHISELLI
*Defendant Pro Se*



TARSIN MOBILE, INC.
*Defendant*



By:/s/Michael Ghiselli (*via email5/23/2024*)
MICHAEL GHISELLI
Chief Executive Officer and Director